IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL EDWARD FISHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN MONET and MARNIE RABER,<br><br>    Defendants. | Case No. 11-cv-1071-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants John Monet and Marnie Raber and against Plaintiff Carl Edward Fisher,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:** February 19, 2013          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                      **By:** s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**